**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

GARY HAISH                                         CIVIL ACTION

VERSUS                                             NO. 05-2727

JAMES LEBLANC, WARDEN                              SECTION "R"(1)

<u>ORDER</u>

The Court has reviewed *de novo* the petition for *habeas corpus*, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objection to the Magistrate Judge's Report and Recommendation.  The Magistrate Judge's recommended ruling is correct and there is no merit to petitioner's objections.  Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion herein.

IT IS ORDERED that plaintiff's petition for *habeas corpus* is DISMISSED WITH PREJUDICE as untimely.

New Orleans, Louisiana, this 11th day of December, 2006.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE